*Johns* and *Read* for plaintiff. *Bayard* for defendant.

## STATE v. TURNER.

Supreme Court. Sussex. March, 1796.

*Bayard's Notebook, 131.**

SED, PER CURIAM. The objection is sufficient: he cannot be sworn as a juryman. He does not stand so indifferent as the law requires he should.

---

* This case is also reported in *Wilson's Red Book, 109.*